[Civ. No. 6075. First Appellate District, Division Two.—June 2, 1928.]

PREMIER MACHINERY CO. (a Corporation), Respondent, v. M. G. SHAMGOCHIAN, etc., et al., Appellants.

Carl E. Lindsay and Lindsay & Conley for Appellants.

E. A. Douthitt, Dudley D. Sales and Theodore M. Stuart for Respondent.

THE COURT.— On authority of *Oscar Krenz Copper & Brass Works, Inc.,* v. *Shamgochian et al., ante,* p. 367 [268 Pac. 488], the judgment is affirmed.